```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                                   :
AVIS E. BUCHANAN, et al.
                                   :
      v.                           :  Civil Action No. DKC 99-3736
                                   :
CONSOLIDATED STORES CORP.,
et al.                             :
```

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 21st day of July, 2003, by the United States District Court for the District of Maryland, ORDERED that:

1. Defendants' motion to strike the class action allegations (paper no. 74) BE, and the same hereby IS, DENIED;

2. Plaintiffs' motion for class certification (paper no. 78) BE, and the same hereby IS, GRANTED;

3. Plaintiffs Avis E. Buchanan, Dr. Albert R. Conley, Ardelia Crawford, Carolyn Kornegay-Belton and Yvette D. Tate are hereby CERTIFIED pursuant to FED. R. CIV. P. 23(b)(2), for purposes of determining class-wide liability, injunctive and declaratory relief and class-wide punitive damages, as representatives of a class comprised of African-Americans who were prevented from paying by check at the following KB Toy Stores in the Washington-Baltimore metropolitan area between 1992 and August 2000: (1) Forest Village Park Mall in Forestville, Maryland; (2) Prince George's Plaza in Hyattsville, Maryland; (3) Laurel Center in Laurel, Maryland; (4)

Iverson Mall in Temple Hills, Maryland; (5) Beltway Plaza in Greenbelt, Maryland; (6) Mondawmin Mall in Baltimore, Maryland; (7) Reisterstown Road Plaza in Baltimore, Maryland; and (8) City Place in Silver Spring, Maryland;

    4. Defendants' motion to exclude all testimony and evidence from Plaintiffs' expert witness Charles Calhoun (paper no. 76) BE, and the same hereby IS, GRANTED as to the "exceptions" analysis;

    5. Defendants' motion to exclude all testimony and evidence from Plaintiffs' expert witnesses Venkatesh Shankar and Richard Feinberg (paper no. 75) BE, and the same hereby IS, GRANTED;

    6. Defendants' motion to waive the local rule limiting the length of memoranda (paper no. 90) BE, and the same hereby IS, GRANTED;

    7. Defendants' motion for summary judgment (paper no. 77) BE, and the same hereby IS, GRANTED;

    8. JUDGMENT BE, and the same hereby IS, ENTERED in favor of Defendants Consolidated Stores Corp. and KB Consolidated, Inc. and against the certified plaintiff class;

    9. It is hereby DECLARED that Defendants' check acceptance policy between 1992 and August 2000 did not violate the right of the plaintiff class under 42 U.S.C. § 1981 to make and enforce contracts; and

    10. The Clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

```
                    /s/
         _____
         DEBORAH K. CHASANOW
         United States District Judge
```